# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WANDA OLSEN, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. CIV-13-244-R ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) ) |
| **Defendant.** | ) ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking a review of the decision of the Commissioner denying her application for supplemental security income benefits under the Social Security Act. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Shon T. Erwin for preliminary review. On February 10, 2014, Judge Erwin issued a Report and Recommendation wherein he recommended that the Commissioner's decision be affirmed. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY, and the decision of the Commissioner is hereby AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 25th day of February, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE